LESLIE I. GUMPORT, INC., Respondent, v. CHARLES A. GROELL, Appellant.— Judgment of the County Court of Nassau county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

RAYMOND C. HAFF, Appellant, v. JOHN G. ABRAMS, Respondent, and THEODORE REED, Defendant.— Order of the County Court of Suffolk county, denying motion to strike out the second partial defense contained in the answer of defendant Abrams, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

HEMINGWAY GLASS COMPANY, Respondent, v. WILKENFELD BROTHERS, INC., Appellant.— Order granting summary judgment and judgment entered thereon reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the ground that the separate defense contained in the answer, alleging plaintiff to be a foreign corporation and doing business in this State without authority, raises a question upon which the defendant is entitled to a trial. Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.

In the Matter of the Judicial Settlement of the Account of Proceedings of MATILDA MULLER (Also Known as MILLER) and MATILDA CONCKLIN (Also Known as CONKLIN), as Sole Surviving Executors, etc., of MAGDALENA SCHAUFELE, Deceased. MATILDA MULLER, as Legatee, Appellant; GEORGE SCHAUFELE and ANNA SCHAUFELE WALKO, Respondents.— Decree of the Surrogate's Court of Queens county, in so far as appealed from, affirmed, with costs, payable out of the estate, to all parties appearing and filing briefs. Rich, Kapper, Hagarty and Scudder, JJ., concur; Lazansky, P. J., dissents and votes for reversal.